**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

RICHARD DELON DAY, JR.
ADC # 88100                                                                                            PLAINTIFF

V.                                     1:04CV00089 WRW/HDY

KIMBERLY EMERY, et al.                                                                       DEFENDANTS

## **ORDER**

Defendants Thomas Bailey and Cass Cherry, through their attorneys, have supplied their correct or complete names. The Clerk is directed to change the style of the case to reflect the correct name of the Defendants.

IT IS SO ORDERED this  17   day of   November  , 2005.

_____
UNITED STATES MAGISTRATE JUDGE